# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF | USPO & COURTHOUSE |
| MARK FALK | 1 FEDERAL SQ., ROOM 457 |
| UNITED STATES MAGISTRATE JUDGE | NEWARK, NJ 07101 |
| | (973) 645-3110 |

May 8, 2007

**LETTER ORDER PURSUANT TO RULE 16.1**

Dennis R. Lafiura, Esq.
Day Pitney, LLP
P.O. Box 1945
Morristown, NJ 07932-0950

Ronald G. Childress, Pro Se
2417 Mastin Lake Road
Huntsville, Alabama 35810
**VIA CERTIFIED & REGULAR MAIL**

    Re:    **Jackson Hewitt v. Ronald Childress, et al.**
              **Civil Action No. 06-909 (DMC)**

Dear Litigants:

    On or about **Monday, June 4, 2007,** I will issue a Scheduling Order in this civil action.

    Not later than **Monday, June 4, 2007,** I expect to receive from you estimates of the time needed to complete discovery. I also expect to be advised whether you intend to add parties, amend pleadings or make a dispositive motion.

    **SO ORDERED**.

                                s/Mark Falk
                                **MARK FALK**
                                **United States Magistrate Judge**

Orig.:  Clerk of the Court
cc:     Hon. Dennis M. Cavanaugh, U.S.D.J.
        File